

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Liberty Mutual Insurance Company,
Appellant

No. 06-12-00117-CV        v.

Transit Mix Concrete & Materials
Company, Appellee

Appeal from the 102nd District Court of
Bowie County, Texas (Tr. Ct. No.
10C0001-102).      Opinion delivered by
Justice Moseley, Chief Justice Morriss and
Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Liberty Mutual Insurance Company, pay all costs of this appeal.

RENDERED JUNE 28, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk